Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF

*IT IS SO ORDERED*
*Judge James Larson*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIMITED CIVIL

| | |
|---|---|
| IRNEO AGUINALDO, | Case No.: CV-10-2210 JL |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| v. | |
| MRS ASSOCIATES INC. | |
| Defendant. / | |

It is hereby stipulated and agreed by and between the parties that said action against MRS ASSOCIATES INC., be dismissed without prejudice and without costs and attorneys' fees to any party, all costs and attorneys' fees having been paid.

Dated: August 10, 2010        /s/
                              Irving L. Berg
                              Attorney for Plaintiff

                              Birgit D. Stuart
Dated: August 16, 2010        by Irving L. Berg
                              as authorized by Defendant's attorney

                              Birgit D. Stuart
                              Attorney for Defendant

---

STIPULATION FOR DISMISSAL          IRNEO AGUINALDO v. MRS ASSOCIATES INC.
                            1      et al CASE NO.: CV-10-2210 JL